THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD 
 NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED 
 BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Chevance Floyd, Appellant.
 
 
 

Appeal From Florence County
James E. Brogdon, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-624
Submitted December 1, 2004  Filed December 
 10, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia, for Appellant.  
Attorney General Henry Dargan McMaster, Chief Deputy 
 Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley 
 W. Elliott, all of Columbia; and Solicitor Edgar Lewis Clements, III, of Florence, 
 for Respondent.
 
 
 

PER CURIAM:  Chevance Floyd appeals his guilty plea to possession with 
 intent to distribute cocaine.  Counsel for Floyd attached to the final brief 
 a petition to be relieved as counsel.  Floyd did not file a separate pro se 
 response.
After a review of the record as required by Anders v. California, 386 
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we hold there are no directly appealable issues that are arguable on 
 their merits.  Accordingly, we dismiss Floyds appeal and grant counsels petition 
 to be relieved.
APPEAL DISMISSED.
ANDERSON, STILWELL, and SHORT, JJ., concur.